Lillian T. Dempsy, Appellant, v. Michael F. O'Rourke, as Administrator, etc., Appellant. Emma R. Comly and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Thomas, J., dissented, upon the ground that there is no evidence of fraud on the part of the plaintiff.

Abraham Doerfler, Respondent, v. Sarah E. Pottberg, Individually and as Executrix, etc., and Others, Defendants, Impleaded with Isabella R. Doerfler and Others, Appellants.— Order affirmed, without costs, but without prejudice to further application to the Special Term. (See *Doerfler* v. *Pottberg*, 170 App. Div. 578, decided herewith.) Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Mary Haynes, an Infant, by Harry Haynes, Her Guardian ad Litem, Respondent, v. Cooke & Cobb Company, Appellant.— In face of the testimony of plaintiff's witnesses, and the evidence of common usage to guard and inclose such vertical shafting for a height of eight feet, the court cannot ˙say, as against the jury's verdict, that this shafting was properly guarded within the statute.* Plaintiff's contributory fault having been properly left to the jury, their verdict should not be set aside as against the weight of evidence. In view of plaintiff's severe sufferings, and her serious and lasting injuries, with permanent disfigurement, we are not disposed to reduce the verdict of $20,000. The judgment and order are, therefore, unanimously ˙affirmed, with costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William J. Heffernan, Respondent, v. John H. Hanley and Others, Defendants, Impleaded with John Flanigan, Appellant.— In view of the ability of the appellant to bring the action to prompt trial, and his inability to use the premises for some months, this court, without passing upon the merits of the controversy, will not disturb the decision of the Special Term. Orders affirmed, with ten dollars costs and disbursements. Thomas, Stapleton, Rich and Putnam, JJ., concurred; Jenks, P, J.,˙not voting.

Magdalen Hermanns, Respondent, v. The Brooklyn Heights Railroad Company , Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J. Stapleton, Mills, Rich and Putnam, JJ.

Peter J. Hermanns, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

In the Matter of the Voluntary Dissolution of Simon Nager, Jr., Inc., etc. Susquehanna Coal Company, Appellant; Meeker & Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., not voting.

---

* ˙See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 81, as amd. by Laws of 1910, chap. 106. Since amd. by Laws of 1913, chap. 286.— [REP.